**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-7473**

———————

RICKY A. DODD,

                                    Plaintiff - Appellant,

        versus

RON ANGELONE, Director of Prisons,

                                    Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, District Judge. (CA-00-509-3)

———————

Submitted:  March 22, 2001          Decided:  March 28, 2001

———————

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Ricky A. Dodd, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ricky Dodd seeks to appeal the district court's order dismissing his complaint without prejudice for failing to comply with an order of the court.  The district court dismissed the complaint because Dodd failed to sign and return a document entitled "Consent to Collection of Fees."  Because Dodd may reinstate his suit by complying with the district court's order, we lack jurisdiction to decide this appeal.  Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993).  In refiling, Dodd may present his assertion that he has no assets.

Therefore, we dismiss the appeal for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED